UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

WILBERT BRUNO, ET AL.                CIVIL ACTION NO. 6:17-cv-00511

VERSUS                               UNASSIGNED DISTRICT JUDGE

UNITED STATES OF AMERICA             MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendant's motion to dismiss (Rec. Doc. 7) is GRANTED, and the plaintiffs' claims are dismissed without prejudice, consistent with the report and recommendation.

Signed at Shreveport, Louisiana, this 23 day of March, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE